```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 01805
  THOMAS E SANDERSON
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

       Debtor
  SSN XXX-XX-6034
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/20/05 and confirmed on 04/14/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  22107.72 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 2400.00 | .00 | 2400.00 |
| ECAST SETTLEMENT CORP | SECURED | 4000.00 | 277.48 | 4000.00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3999.74 | .00 | 3999.74 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3205.68 | .00 | 3205.68 |
| UNIFUND CORPORATION | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 4394.41 | .00 | 4394.41 |

          Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6400.00 | .00 | 11599.83 | .00 | 17999.83 |
| PRINCIPAL PAID | 6400.00 | .00 | 11599.83 | .00 | 17999.83 |
| INTEREST PAID | 277.48 | .00 | .00 | .00 | 277.48 |
| TOTAL PAID | 6677.48 | .00 | 11599.83 | .00 | 18277.31 |

The Debtor's attorney, PATRICK A MESZAROS            , was allowed $  2700.00
and was paid $    406.00  direct and $   2294.00  through the plan.

The Trustee received $     917.28 .

Refunds to the Debtor totaled $     619.13 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/13/09                    /S/
                                 GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 01805 THOMAS E SANDERSON